**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LYNNTON ETHRIDGE, ET AL.** | **CIVIL ACTION NO: 23-1012** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **GREAT NORTHERN INS. CO.** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## ORDER OF DISMISSAL

The Court has been made aware that the parties have reached a settlement.

Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty days of this order. Each party will bear its own costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. The parties are reminded that, if witnesses have been subpoenaed, every witness must be informed by counsel not to appear.

New Orleans, Louisiana, this 8th day of November 2023.

*[signature]*
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**